(February 25, 1972)

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. FRANKLIN DAVID ADAMS, Defendant.— Motion for extension of time to appeal from a judgment of conviction rendered upon defendant's plea of guilty denied. While defendant alleges that he was not advised of his right to appeal and that he was ignorant of such right, there is no allegation that during the time allowed for taking an appeal defendant disputed the validity of the judgment of conviction. (See *People* v. *Saunders*, 28 N Y 2d 196.) Herlihy, P. J., Greenblott, Simons, Kane and Reynolds, JJ., concur.

FOURTH DEPARTMENT, FEBRUARY, 1972

(February 17, 1972)

■ CAZENOVIA COLLEGE, Respondent, v. AGRICULTURAL INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. (See *Frederowicz* v. *Potomac Ins. Co.*, 7 A D 2d 330; 11 A D 2d 904, affd. 9 N Y 2d 922.) (Appeal from judgment and order of Onondaga Special Term, granting motion for summary judgment in action to recover for fire loss.) Present— Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.